UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FEDERAL INSURANCE COMPANY                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:12cv225TSL-MTP

OMEGA FLEX, INC.                                                                         DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL, WITH PREJUDICE

THERE CAME ON this day the motion *ore tenus* of the Plaintiff and the Defendant for the entry of a Final Judgment of Dismissal, With Prejudice; and the Court being advised that all claims herein have been resolved, and being further advised in the premises, finds the Motion well taken and should be sustained;

IT IS, THEREFORE, ORDERED that the above styled and numbered cause be, and it is hereby, dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED this the  7th  day of December, 2012.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

Charles E. Griffin
CHARLES E. GRIFFIN – MSB # 5015
Paul E. Ellis – MSB # 102258
JOHN W. REIS (PHV)
Attorneys for the Plaintiff


Louis G. Baine, III
LOUIS G. BAINE, III – MSB #1705
Attorney for Defendant